

# IN THE
# TENTH COURT OF APPEALS

### No. 10-23-00081-CV

**TRAXCELL TECHNOLOGIES, LLC,**

**Appellant**

**v.**

**VERIZON WIRELESS PERSONAL COMMUNICATIONS LP,**

**Appellee**

From the 170th District Court
McLennan County, Texas
Trial Court No. 2023-368-4

## MEMORANDUM OPINION

On March 15, 2023, appellant, Traxcell Technologies, LLC, filed its notice of appeal in this matter. After the filing of its brief, Traxcell filed a "Notice of Suggestion of Bankruptcy for Traxcell Technologies, LLC and Automatic Stay of Proceedings." Attached to the notice is Traxcell's bankruptcy petition that was filed on September 19, 2023, in the United States Bankruptcy Court for the Western District of Texas. The notice

and attached documents provide all the pertinent information required by Texas Rule of Appellate Procedure 8.1. *See* TEX. R. APP. P. 8.1. Given the above, further action in this appeal is automatically stayed. *See* 11 U.S.C. § 362.

For administrative purposes, this appeal is suspended and will be treated as closed unless reinstated on a proper motion. TEX. R. APP. P. 8.2. This appeal may be reinstated on the motion of any party showing that the stay has been lifted or modified and specifying what action, if any, is required from this Court upon reinstatement of the appeal. *Id.* at 8.3.

The Clerk of this Court is directed to transmit a copy of this opinion to the attorneys of record, the trial court judge, and the trial court clerk.

STEVE SMITH
Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Appeal suspended; administratively closed
Opinion delivered and filed October 19, 2023
[CV06]

